IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Leo McClam,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Emmie Jefferson, et. al; Dr. N.F.N. Cross; Monique Lee; Judy Dupree; Dr. N.F.N. Porter; Dorris Giger; Janice Thomas; Dr. N.F.N. McDonald; Kia Wilson; and Sheriff Kenny Boone,<br><br>　　　　　　　　　　　Defendants. | C/A No. 1:15-cv-3055-TLW-SVH<br><br><br>**ORDER** |

　　　　Plaintiff Leo McClam, proceeding *pro se* and *in forma pauperis*, filed this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The matter now comes before this Court for review of the Report and Recommendation (R&R) filed by Magistrate Judge Hodges (ECF No. 9), to whom this case was assigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2), DSC. In the R&R, the Magistrate Judge recommends that the Court dismiss Plaintiff's complaint without prejudice and without issuance and service of process. Objections to the R&R were due on September 8, 2015, and Plaintiff filed no objections.

　　　　This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's R&R to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that R&R. 28 U.S.C. § 636. In the absence of objections to the R&R, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

　　　　This Court carefully reviewed the R&R in this case and, noting that Plaintiff filed no objections, the R&R (ECF No. 9) is hereby **ACCEPTED.** Therefore, for the reasons articulated

by the Magistrate Judge in the R&R, Plaintiff's complaint is hereby **DISMISSED** without prejudice and without issuance and service of process.

    **IT IS SO ORDERED**.

*s/Terry L. Wooten*
Chief United States District Judge

January 8, 2016
Columbia, South Carolina