AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Leo McClam,
*Plaintiff*

v.                                                  Civil Action No.     1:15-cv-03055-TLW

Emmie Jefferson, et al; Dr. NFN Cross; Monique Lee; Judy Depree; Dr. NFN Porter; Dorris Giger; Janice Thomas; Dr. NFN McDonald; Kia Wilson; Sheriff Kenny Boone,
*Defendants*

)
)
)
)
)

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ The plaintiff, Leo McClam, shall take nothing of the defendants, Emmie Jefferson; Dr. NFN Cross; Monique Lee; Judy Depree; Dr. NFN Porter; Dorris Giger; Janice Thomas; Dr. NFN McDonald; Kia Wilson; Sheriff Kenny Boone, and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:  January 11, 2016                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                           s/M. Walker
                                                           _____
                                                           *Signature of Clerk or Deputy Clerk*